U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 6 2015

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRENDA JOYCE FRANKLIN, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:15-CV-750-A |
| | § |
| WARDEN JODY UPTON, ET AL., | § |
| | § |
| Defendants. | § |

## ORDER

Came on for consideration the "Motion for Leave to Proceed In Forma Pauperis" filed by plaintiff, Brenda Joyce Franklin, in the above-captioned action. Since no objections have been filed in response to the "Findings, Conclusions and Recommendations of the United States Magistrate Judge" signed on October 9, 2015, the court adopts such findings, conclusions and recommendations. Consistent therewith,

The court ORDERS plaintiff's complaint is subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b), unless she pays to the clerk of Court the filing

and administrative fees of $400.00[1] within seven (7) days after the date of the signing of this order.

SIGNED November 6, 2015.

_____
JOHN McBRYDE
United States District Judge

---

[1] In addition to the filing fee of $350.00, the District Court Miscellaneous Fee Schedule, effective May 1, 2013, requires payment of an administrative fee for filing a civil action in district court of $50.00. See 28 U.S.C. § 1914(a) and District Court Miscellaneous Fee Schedule, note 14.

2